FILED

MAY 2 3 2005

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Kevin Roy Fowler JR.                    #1117500

_____         _____

_____         _____

_____         _____

(Enter above the full name of the plaintiff    (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                CIVIL ACTION NO. 2:05-0434
                          (Number to be assigned by Court)

Jerry Detrick

Steve Canterberry

and and all "John Does" to be

named at a later date.

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment?

                                 Yes _____   No __✓__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Potomac Highlands Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If your answer is YES:

        1. What steps did you take? I filed a greivance form stating that the overcrowding and conditions of the facility were unacceptable

        2. What was the result? I was told it was out of their control there weren't enough beds available and the D.O.C would not accept me

    D. If your answer is NO, explain why not: ___

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Kevin Ray Fowler J.R. #1117500

       Address: Potomac Highlands Regional Jail, 13 Dolan Dr, Augusta W.V. 26704

    B. Additional Plaintiffs and Address: ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant Jerry Detrick is employed as Administrator at Potomac Highlands Regional Jail, 13 Dolin Drive Augusta, W.V. 26704

D. Additional defendants: Steve Canterberry, Executive Director of the West Virginia Regional Jail Authority, 1900 Kahnawha Blvd., Charelston, W.V. 25305 and any other "John Does" to be named at a later time

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

I have been incarcerated at the dangerous and very overpopulated regional jail system for over two years sleeping on the floor of a single occupancy cell in a 16 man dorm with 20 or more inmates making the regional jail system dangerously and very over populated which inturn creates problems, tension, arguments, and fights between

## IV. Statement of Claim (continued):

inmates, and the inmates being wrote up for the problems being caused by the extreme overpopulation and inhumane treatment we recive in the regional jail system which is in violation of my civil rights, civil liberties, state laws, and federal laws.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek the sum of one million dollars ($1,000,000.00) for pain, and suffering, in addition I also seek the additional sum of one million dollars ($1,000,000.00) for punitive damages, furthermore, I seek releif, and release from the conditions of my confinement.

**V. Relief (continued)**

_____
_____
_____
_____
_____

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:

Craig Manford, P.O. Box 5021, Martinsburg, W.V. 25401

_____

If not, state your reasons: _____

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __10th__ day of __May__, 19 _2005_

_Kevin Ray Fowler Jr._

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and ability.

Executed on __5-10-05__
              (Date)

_Kevin Ray Fowler Jr._
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)